**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

| | |
|---|---|
| MARK HOUCK, RYAN-MARIE HOUCK, and RYAN-MARIE HOUCK ON BEHALF OF M.H., A.M.H., K.H., T.H., J.H., A.H., and I.H.,<br><br>*Plaintiffs-Appellants*;<br><br>v.<br><br>UNITED STATES OF AMERICA; MICHAEL ROGERS, JUAN BARRIOS, JOHN DOE #1, JOHN DOE #2, JOHN DOE #3, and JOHN DOE #4,<br><br>*Defendants-Appellees*. | No. 25-1433 |

**APPELLANTS' UNCONTESTED MOTION FOR AN EXTENSION OF TIME TO FILE THEIR OPENING BRIEF**

Appellants Mark Houck, Ryan-Marie Houck, and Ryan-Marie Houck on behalf of M.H., A.M.H., K.H., T.H., J.H., A.H., and I.H. respectfully move for an extension of time of 30 days to file their Opening Appellant Brief. If granted, their Opening Appellant Brief would be due on June 26, 2025. Appellees do not oppose this request for a 30-day extension for Appellants' Opening Brief provided that Appellants will not oppose 30-day extensions for Appellees' Response Briefs should Appellees move for such extensions. Appellants will not oppose such requests.

Good cause exists for the extension of time for Appellants' Opening Brief for three reasons. First, Appellees Juan Barrios and Michael Rogers were only added to the case by the Court on April 29, 2025, after the briefing schedule had been issued. The extension of time will give the Pennsylvania Office of the Attorney General adequate time to assign an attorney to the case, enter an appearance, and prepare for briefing. Second, Appellants' counsel has certain obligations in advance of the current deadline and would like more time to prepare. Third, Appellants and Appellee United States are interested in resolving this matter through settlement and would like additional time for discussions. For the foregoing reasons, Appellants respectfully ask the Court to grant this Motion for an Extension of Time.

Dated: May 5, 2025

Respectfully submitted,

*/s/ Edward D. Greim*

Edward D. Greim, MO #28676
Katherine E. Mitra, MO #74671
GRAVES GARRETT GREIM LLC
1100 Main Street, Suite 2700
Kansas City, MO 64105
Telephone: (816) 256-3181
Fax: (816) 256-5958
edgreim@gravesgarrett.com
kmitra@gravesgarrett.com
*Attorneys for Plaintiffs-Appellants*

## CERTIFICATE OF SERVICE

I, Edward D. Greim, certify that on May 5, 2025, a copy of the foregoing, was filed with the Clerk of the Court using the CM/ECF system, which sent notification to all parties through their counsel of record.

*/s/ Edward D. Greim*
Edward D. Greim
*Attorney for Plaintiffs-Appellants*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the following statements are true:

1. This motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A). It contains 287 words, excluding the accompanying documents authorized by Fed. R. App. P. 27(a)(2)(B) and items listed in Fed. R. App. P. 32(f).
2. This motion complies with the typeface and typestyle requirements of Fed. R. App. P. 32(a)(5) and 32(a)(6). It has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

Executed this 5th day of May, 2025

*/s/ Edward D. Greim*
Edward D. Greim
*Attorney for Plaintiffs-Appellants*