# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

MARK HOUCK, RYAN-MARIE
HOUCK, and RYAN-MARIE HOUCK
ON BEHALF OF M.H., A.M.H., K.H.,
T.H., J.H., A.H., and I.H.,

*Plaintiffs-Appellants*;

v.

UNITED STATES OF AMERICA;
MICHAEL ROGERS, JUAN
BARRIOS, JOHN DOE #1, JOHN
DOE #2, JOHN DOE #3, and JOHN
DOE #4,

*Defendants-Appellees*.

No. 25-1433

## JOINT MOTION OF APPELLANTS AND APPELLEE UNITED STATES OF AMERICA TO STAY THE BRIEFING SCHEDULE

Appellants Mark Houck, Ryan-Marie Houck, and Ryan-Marie Houck on behalf of M.H., A.M.H., K.H., T.H., J.H., A.H., and I.H. and Appellee United States of America respectfully move to stay the briefing schedule in the above captioned case. Appellees Juan Barrios and Michael Rogers do not oppose this Motion.

The parties seek a stay to enable the Department of Justice to evaluate the issues implicated in this appeal. Because of the sensitivity of those issues, the United States does not anticipate completing its review before Appellants' briefing deadline on June 26, 2025, or its own briefing deadline thirty days later. Moreover, Appellants

and the United States are interested in exploring whether they can resolve this matter through settlement, without the need for continued litigation. A stay would enable the parties to continue those negotiations without using potentially unnecessary judicial resources in the interim. The parties could submit a joint status report to this Court on or before October 1, 2025, setting forth a proposal to govern further proceedings in this matter.

Appellants and the United States respectfully request that this Court stay the briefing schedule and require the parties to submit a joint status report on or before October 1, 2025.

## CONCLUSION

Wherefore, Appellants and the United States respectfully ask the Court to GRANT this Joint Motion.

Dated: June 18, 2025

Respectfully submitted,

*/s/ Edward D. Greim*
Edward D. Greim, MO #28676
Katherine E. Mitra, MO #74671
GRAVES GARRETT GREIM LLC
1100 Main Street, Suite 2700
Kansas City, MO 64105
Telephone: (816) 256-3181
Fax: (816) 256-5958
edgreim@gravesgarrett.com
kmitra@gravesgarrett.com
*Attorneys for Plaintiffs-Appellants*

Stanley Woodward
Counselor to the Attorney General

Jonathan Guynn
Deputy Assistant Attorney General
Civil Division, Torts Branch

*/s/ Lowell V. Sturgill, Jr.*
Lowell V. Sturgill Jr.
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue N.W., Room 7531
Washington D.C. 20530
202-514-3427

## CERTIFICATE OF SERVICE

I, Edward D. Greim, certify that on June 18, 2025, a copy of the foregoing, was filed with the Clerk of the Court using the CM/ECF system, which sent notification to all parties through their counsel of record.

/s/ *Edward D. Greim*
Edward D. Greim
*Attorney for Plaintiffs-Appellants*


## CERTIFICATE OF COMPLIANCE

I hereby certify that the following statements are true:

1. This motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A). It contains 237 words, excluding the accompanying documents authorized by Fed. R. App. P. 27(a)(2)(B) and items listed in Fed. R. App. P. 32(f).

2. This motion complies with the typeface and typestyle requirements of Fed. R. App. P. 32(a)(5) and 32(a)(6). It has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.


Executed this 18th day of June, 2025

/s/ *Edward D. Greim*
Edward D. Greim
*Attorney for Plaintiffs-Appellants*