**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

| | |
|---|---|
| MARK HOUCK, RYAN-MARIE HOUCK, and RYAN-MARIE HOUCK ON BEHALF OF M.H., A.M.H., K.H., T.H., J.H., A.H., and I.H.,<br><br>*Plaintiffs-Appellants*;<br><br>v.<br><br>UNITED STATES OF AMERICA; MICHAEL ROGERS, JUAN BARRIOS, JOHN DOE #1, JOHN DOE #2, JOHN DOE #3, and JOHN DOE #4,<br><br>*Defendants-Appellees*. | No. 25-1433 |

**AMENDED[1] JOINT STATUS REPORT OF PARTIES**

COME NOW Appellants Mark Houck, Ryan-Marie Houck, and Ryan-Marie Houck on behalf of M.H., A.M.H., K.H., T.H., J.H., A.H., and I.H., Appellee the United States of America, and Appellees Juan Barrios and Michael Rogers, who respectfully submit this status report pursuant to the Court's June 20, 2025, orders, Dkt. 17-18. Appellants and Appellee United States of America have reached a

[1] Counsel for Defendants-Appellees Juan Barrios and Michael Rogers ("Appellees") did not receive a copy of the Joint Status Report of Parties [Dkt. 25] for approval before the same was filed. Counsel for Appellees have since reviewed the Report and approve its contents. The Parties file this Amended Report only to note this oversight, and the Report is otherwise unchanged.

settlement agreement subject to final approval by the U.S. Attorney General's delegate with settlement authority.

On December 19, 2025, the Court of Common Pleas of Bucks County made the requisite approvals needed for settlement on behalf of the minor Appellants. On December 23, 2025, Appellants, including Ryan-Marie Houck on behalf of minor Appellants, and their counsel executed a Stipulation for Compromise Settlement ("Settlement Stipulation"), which was sent to counsel for the United States on December 23, 2025. The United States is currently in the process of submitting the Settlement Stipulation for final approval by the U.S. Attorney General's delegate with settlement authority.

Dated: January 7, 2026

Respectfully submitted,

*/s/ Edward D. Greim*

Edward D. Greim, MO #28676
Katherine E. Mitra, MO #74671
GRAVES GARRETT GREIM LLC
1100 Main Street, Suite 2700
Kansas City, MO 64105
Telephone: (816) 256-3181
Fax: (816) 256-5958
edgreim@gravesgarrett.com
kmitra@gravesgarrett.com
*Attorneys for Plaintiffs-Appellants*

*/s/ Lowell v. Sturgill Jr.*

Lowell V. Sturgill Jr.

U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue N.W., Room 7531
Washington D.C. 20530
202-514-3427
*Attorney for Defendant-Appellee United States of America*

*/s/ Hannah Kogan*
Hannah Kogan
Pennsylvania Office of Attorney General
1600 Arch St., Suite 300
Philadelphia, PA
215-560-2402
hkogan@attorneygeneral.gov
*Attorney for Defendants-Appellees Juan Barrios and Michael Rogers*

**CERTIFICATE OF SERVICE**

I, Edward D. Greim, certify that on January 7, 2026, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which sent notification to all parties through their counsel of record.

*/s/ Edward D. Greim*
Edward D. Greim
*Attorney for Plaintiffs-Appellants*