**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

| | |
|---|---|
| MARK HOUCK, RYAN-MARIE HOUCK, and RYAN-MARIE HOUCK ON BEHALF OF M.H., A.M.H., K.H., T.H., J.H., A.H., and I.H., <br><br> *Plaintiffs-Appellants*; <br><br> v. <br><br> UNITED STATES OF AMERICA; MICHAEL ROGERS, JUAN BARRIOS, JOHN DOE #1, JOHN DOE #2, JOHN DOE #3, and JOHN DOE #4, <br><br> *Defendants-Appellees*. | No. 25-1433 |

**CONSENT MOTION TO VOLUNTARILY DISMISS APPEAL**

Pursuant to Federal Rule of Appellate Procedure 42(b)(2), Appellants Mark Houck, Ryan-Marie Houck, and Ryan-Marie Houck on behalf of M.H., A.M.H., K.H., T.H., J.H., A.H., and I.H. move to dismiss this appeal, with each party to bear its own costs.

Appellants have consulted with counsel for Appellee the United States of America, who consents to voluntarily dismissal of this appeal. Appellants have also consulted with counsel for Appellees Juan Barrios and Michael Rogers, who consent to voluntarily dismissal of this appeal.

1

Dated: February 10, 2026    Respectfully submitted,

             */s/ Edward D. Greim*
             Edward D. Greim, MO #28676
             Katherine E. Mitra, MO #74671
             GRAVES GARRETT GREIM LLC
             1100 Main Street, Suite 2700
             Kansas City, MO 64105
             Telephone: (816) 256-3181
             Fax: (816) 256-5958
             edgreim@gravesgarrett.com
             kmitra@gravesgarrett.com
             *Attorneys for Plaintiffs-Appellants*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 93 words. This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Word for Microsoft 365 in Times New Roman 14-point font, a proportionally spaced typeface.

/s/ Edward D. Greim
Edward D. Greim
*Attorney for Plaintiffs-Appellants*

## CERTIFICATE OF SERVICE

I, Edward D. Greim, certify that on February 10, 2026, a copy of the foregoing, was filed with the Clerk of the Court using the CM/ECF system, which sent notification to all parties through their counsel of record.

*/s/ Edward D. Greim*
Edward D. Greim
*Attorney for Plaintiffs-Appellants*