# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-1433

Mark Houck, et al v. USA, et al

(U.S. District Court No.: 2:24-cv-02151)

## ORDER

Appellants' Consent Motion to Voluntarily Dismiss the Appeal is GRANTED. Each party to bear its own costs.

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:    February 11, 2026
cc:    Edward D. Greim, Esq.
    Hannah Kogan, Esq.
    Katherine E. Mitra, Esq.
    Lowell V. Sturgill Jr., Esq.
    Mr. George V. Wylesol

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate